IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALI ABDULRIDHA, | § | NO. 1:26-CV-01176-DAE |
| | § | |
| *Petitioner*, | § | |
| | § | |
| vs. | § | |
| | § | |
| MULLIN, et al., | § | |
| | § | |
| *Respondents*. | § | |
| _____ | § | |

ORDER

Before the Court is Petitioner Ali Abdulridha ("Petitioner") and Respondents' Stipulation of Dismissal. (Dkt. # 8.) The Stipulation informs the Court that Petitioner was released on July 16, 2026, thereby mooting the Petition. (Id.) The parties further stipulate to dismissal without prejudice of the above-captioned action. (Id.) Pursuant to the Stipulation, the Court hereby **ORDERS** that the case be **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and fees.

The Clerk's Office is **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, July 28, 2026.

_____
David Alan Ezra
Senior United States District Judge